NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAIZHOU UNITED IMP. & EXP. CO. LTD.,**
*Plaintiff*

**GUANGZHOU JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., SHANGHAI JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., BEIJING JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., BEIJING JIANGHEYUAN HOLDING CO., LTD., JANGHO GROUP CO., LTD., JANGHO CURTAIN WALL HONG KONG LTD.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendants-Appellees*

---

2022-2000

---

Appeal from the United States Court of International Trade in Nos. 1:16-cv-00009-LMG, 1:16-cv-00012-LMG, Senior Judge Leo M. Gordon.

---

**JUDGMENT**

---

JAMES KEVIN HORGAN, DeKieffer & Horgan, PLLC, Washington, DC, argued for plaintiffs-appellants. Also represented by GREGORY S. MENEGAZ, ALEXANDRA H. SALZMAN.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, PATRICIA M. MCCARTHY; JESUS NIEVES SAENZ, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

DERICK HOLT, Wiley Rein, LLP, Washington, DC, argued for defendant-appellee Aluminum Extrusions Fair Trade Committee. Also represented by ROBERT E. DEFRANCESCO, III, ELIZABETH S. LEE, ALAN H. PRICE, JOHN ALLEN RIGGINS, ENBAR TOLEDANO.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and CUNNINGHAM, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

July 11, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court